IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROY MCGEE, ) | |
|     Plaintiff, ) | |
| vs. ) | No. 3:06-CV-2062-D |
| ) | |
| BOARD OF PARDONS AND PAROLES, ) | |
| et al., ) | |
|     Defendants. ) | |

## ORDER

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the undersigned concludes that the findings and conclusions of the magistrate judge are correct and they are adopted as the findings and conclusions of the court.

**SIGNED August 16, 2007.**

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE